Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−12527−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Candyce A Myers
   850 A. South Warren Street
   Trenton, NJ 08611

Social Security No.:
   xxx−xx−6883

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        9/6/23
Time:       10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 2, 2023
JAN: pbf

                                         Jeanne Naughton
                                         Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Candyce A Myers  
    Debtor

Case No. 23-12527-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Aug 02, 2023      Form ID: 132      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Candyce A Myers, 850 A. South Warren Street, Trenton, NJ 08611-2103 |
| 519874526 | + | Cooper Crossings Condominium, C/O Hill Wallack, 12 Roszeel Road, Princeton, NJ 08540-6234 |
| 519885492 | + | Cooper Crossings Condominium Association, Inc., c/o Hill Wallack LLP, 21 Roszel Road, PO Box 5226, Princeton, NJ 08540-6669 |
| 519874529 | + | Hill Wallack, LLP, 21 Roszel Road, Princeton, NJ 08540-6866 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 02 2023 23:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 02 2023 23:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 02 2023 23:53:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519888966 | | Email/Text: bankruptcynotices@afterpay.com | Aug 02 2023 23:53:00 | Afterpay, 600 California St., Fl. 11, San Francisco, CA 94108 |
| 519874520 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 02 2023 23:53:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519874521 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 02 2023 23:54:00 | Barclays Bank, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519874522 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2023 23:51:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519874523 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2023 00:02:42 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519874524 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2023 00:02:24 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519931975 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2023 00:02:25 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519874525 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2023 23:54:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519874527 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 02 2023 23:54:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 519874528 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 02 2023 23:54:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519888967 | | Email/Text: customerservice.us@klarna.com | Aug 02 2023 23:53:00 | Klarna, 629 N. HIgh St., Fl 300, Columbus, OH 43215 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 02, 2023 | Form ID: 132 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 519874530 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 02 2023 23:53:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519936843 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 02 2023 23:53:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9741 |
| 519874531 | + | Email/PDF: pa_dc_claims@navient.com | Aug 03 2023 00:02:39 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519874532 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2023 23:51:59 | SYNCB/BRMart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519875255 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2023 23:52:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519874533 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2023 00:02:25 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519874534 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2023 23:51:31 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519874535 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2023 23:51:12 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519874536 | + | Email/Text: jaxbanko@td.com | Aug 02 2023 23:52:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 519889296 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 02 2023 23:54:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519930893 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 03 2023 00:02:32 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | |

      on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com

Amani Sahar Abdellah
      on behalf of Creditor Cooper Crossings Condominium Association  Inc. aabdellah@hillwallack.com, kgardiner@hillwallack.com

Brad J. Sadek
      on behalf of Debtor Candyce A Myers bradsadek@gmail.com
      bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Denise E. Carlon
      on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Sindi Mncina
      on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7