Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−12527−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Candyce A Myers
   850 A. South Warren Street
   Trenton, NJ 08611

Social Security No.:
   xxx−xx−6883

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 8, 2023.

Dated: September 8, 2023
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                             Case No. 23-12527-CMG

Candyce A Myers                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Sep 08, 2023      Form ID: plncf13      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Candyce A Myers, 850 A. South Warren Street, Trenton, NJ 08611-2103 |
| 519874526 | + | Cooper Crossings Condominium, C/O Hill Wallack, 12 Roszeel Road, Princeton, NJ 08540-6234 |
| 519885492 | + | Cooper Crossings Condominium Association, Inc., c/o Hill Wallack LLP, 21 Roszel Road, PO Box 5226, Princeton, NJ 08540-6669 |
| 519874529 | + | Hill Wallack, LLP, 21 Roszel Road, Princeton, NJ 08540-6866 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2023 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2023 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 08 2023 20:27:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519888966 | | Email/Text: bankruptcynotices@afterpay.com | Sep 08 2023 20:27:00 | Afterpay, 600 California St., Fl. 11, San Francisco, CA 94108 |
| 519874520 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 08 2023 20:27:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519874521 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 08 2023 20:28:00 | Barclays Bank, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519874522 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 08 2023 20:50:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519874523 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2023 20:50:52 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519874524 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2023 20:50:41 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519931975 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2023 20:50:35 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519874525 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2023 20:28:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519874527 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 08 2023 20:28:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 519874528 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 08 2023 20:28:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519888967 | | Email/Text: customerservice.us@klarna.com | Sep 08 2023 20:27:00 | Klarna, 629 N. HIgh St., Fl 300, Columbus, OH 43215 |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Sep 08, 2023 | Form ID: plncf13 | Total Noticed: 29

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519874530 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 08 2023 20:28:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519936843 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 08 2023 20:28:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9741 |
| 519874531 | + | Email/PDF: pa_dc_claims@navient.com | Sep 08 2023 20:50:40 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519874532 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 08 2023 20:50:36 | SYNCB/BRMart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519875255 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 08 2023 20:50:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519874533 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 08 2023 20:40:05 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519874534 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 08 2023 20:39:44 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519874535 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 08 2023 20:40:08 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519874536 | + | Email/Text: jaxbanko@td.com | Sep 08 2023 20:27:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 519889296 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 08 2023 20:28:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519930893 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 08 2023 20:39:54 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Sep 08, 2023 | Form ID: plncf13 | Total Noticed: 29

| | |
|---|---|
| | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Amani Sahar Abdellah | on behalf of Creditor Cooper Crossings Condominium Association  Inc. aabdellah@hillwallack.com, kgardiner@hillwallack.com |
| Brad J. Sadek | on behalf of Debtor Candyce A Myers bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7