IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Sadek and Cooper Law Office
701 East Gate Drive
Suite 129
Mount Laurel, NJ 08054
Attorneys for Debtor

In Re:

Candyce A. Myers
debtor

Case No.: **23-12527**

Chapter: **13**

Judge: **JNP**

# WITHDRAWAL OF DOCUMENT

TO THE CLERK:

Please withdrawal the following documents:

   Application for Compensation filed *at Docket Number 38.*

Date: November 1, 2023            By: /s/ Brad J. Sadek, Esquire
                                  Attorney for Debtor