| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 23-12527 / CMG

Candyce A Myers

Petition Filed Date: 03/28/2023
341 Hearing Date: 05/04/2023
Confirmation Date: 09/06/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/28/2023 | $350.00 | | 05/19/2023 | $350.00 | | 06/29/2023 | $350.00 | |
| 07/27/2023 | $350.00 | | 08/15/2023 | $450.00 | | 09/29/2023 | $440.00 | |
| 11/02/2023 | $450.00 | | 12/06/2023 | $450.00 | | 01/09/2024 | $440.00 | |

**Total Receipts for the Period:  $3,630.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,630.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Candyce A Myers | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,940.00 | $2,049.74 | $890.26 |
| 1 | COOPER CROSSINGS CONDO ASSOCIATION, INC<br>»» CONDO FEES 850 S WARREN ST #A | Secured Creditors | $13,420.00 | $0.00 | $13,420.00 |
| 2 | US DEPT OF EDUCATION c/o NELNET | Unsecured Creditors | $53,897.99 | $0.00 | $53,897.99 |
| 3 | Verizon by American InfoSource as Agent | Unsecured Creditors | $100.26 | $0.00 | $100.26 |
| 4 | CITIBANK, N.A.<br>»» MY BEST BUY VISA PLATINUM | Unsecured Creditors | $2,606.33 | $0.00 | $2,606.33 |
| 5 | Nationstar Mortgage LLC<br>»» P/850 A SOUTH WARREN ST/1ST MTG | Mortgage Arrears<br>Hold Funds: Pending Loan Mod. | $2,462.15 | $0.00 | $2,462.15 |
| 6 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER<br>»» 850A SOUTH WARREN ST/PP ARREARS 8/1/23 | Mortgage Arrears<br>Hold Funds: Pending Loan Mod. | $2,370.93 | $0.00 | $2,370.93 |
| 7 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER<br>»» 850A SOUTH WARREN ST/ATTY FEES 8/1/23 | Mortgage Arrears | $538.00 | $0.00 | $538.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ORDER 11/9/23 | Attorney Fees | $700.00 | $488.03 | $211.97 |

**Chapter 13 Case No. 23-12527 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,630.00 | Plan Balance: | $21,760.00 ** |
| Paid to Claims: | $2,537.77 | Current Monthly Payment: | $428.00 |
| Paid to Trustee: | $276.10 | Arrearages: | $360.00 |
| Funds on Hand: | $816.13 | Total Plan Base: | $25,390.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**