Office Mailing Address:                                                                 Send Payments **ONLY** to:
Albert Russo, Trustee                                                                     Albert Russo, Trustee
PO Box 4853                                                                                      PO Box 933
Trenton, NJ  08650-4853                                                         Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-12527 / MEH**

Candyce A Myers                                                               Petition Filed Date: 03/28/2023
                                                                                           341 Hearing Date: 05/04/2023
                                                                                           Confirmation Date: 09/06/2023

Case Status: Open / Confirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2024 | $440.00 | | 02/07/2024 | $450.00 | | 02/28/2024 | $440.00 | |
| 04/05/2024 | $450.00 | | 04/29/2024 | $450.00 | | 06/03/2024 | $450.00 | |
| 07/01/2024 | $440.00 | | 07/15/2024 | $440.00 | | 08/28/2024 | $440.00 | |
| 10/07/2024 | $440.00 | | 11/04/2024 | $440.00 | | 12/03/2024 | $450.00 | |
| 12/31/2024 | $440.00 | | | | | | | |

**Total Receipts for the Period:  $5,770.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $8,960.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Candyce A Myers | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,940.00 | $2,940.00 | $0.00 |
| 1 | COOPER CROSSINGS CONDO ASSOCIATION, IN(<br>»» CONDO FEES 850 S WARREN ST #A | Secured Creditors | $13,420.00 | $3,347.08 | $10,072.92 |
| 2 | US DEPT OF EDUCATION c/o NELNET | Unsecured Creditors | $53,897.99 | $0.00 | $53,897.99 |
| 3 | Verizon by American InfoSource as Agent | Unsecured Creditors | $100.26 | $0.00 | $100.26 |
| 4 | CITIBANK, N.A.<br>»» MY BEST BUY VISA PLATINUM | Unsecured Creditors | $2,606.33 | $0.00 | $2,606.33 |
| 5 | Nationstar Mortgage LLC<br>»» P/850 A SOUTH WARREN ST/1ST MTG/LOAN MOD ORDER 1/17/24 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPEF<br>»» 850A SOUTH WARREN ST/PP ARREARS 8/1/23/LOAN MOD ORD 1/17/24 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPEF<br>»» 850A SOUTH WARREN ST/ATTY FEES 8/1/23 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ORDER 11/9/23 | Attorney Fees | $700.00 | $700.00 | $0.00 |

**Chapter 13 Case No. 23-12527 / MEH**

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,960.00 | Plan Balance: | $16,430.00 ** |
| Paid to Claims: | $7,525.08 | Current Monthly Payment: | $428.00 |
| Paid to Trustee: | $620.57 | Arrearages: | $166.00 |
| Funds on Hand: | $814.35 | Total Plan Base: | $25,390.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or
scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**