| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: aabdellah@hillwallack.com<br>*Attorneys for Cooper Crossings Condominium Association, Inc.* | |
| In Re:<br><br>Candyce A. Myers,<br><br>　　　　　　Debtor. | Case No.: 23-12527 (CMG)<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle, U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Cooper Crossings Condominium Association, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

　　ADDRESS:　　Elizabeth K. Holdren, Esq.
　　　　　　　　Hill Wallack LLP
　　　　　　　　21 Roszel Road
　　　　　　　　P.O. Box 5226
　　　　　　　　Princeton, NJ 08543

　　DOCUMENTS:

　　　☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

　　　☑  All documents and pleadings of any nature.

DATED:  January 27, 2025　　　　　　　　　　　　　　HILL WALLACK LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Elizabeth K. Holdren*
　　　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth K. Holdren

4909-6082-2547, v. 2