IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Brad J. Sadek, Esquire
Sadek and Law Offices
701 East Gate Drive
Suite 129
Mount Laurel, NJ 08054
856-890-9003

In Re:

Candyce Myers
debtor

Case No.: **23-12527**

Chapter: **13**

Judge: **MEH**

# ATTORNEY'S CERTIFICATION IN SUPPORT OF SUPPLEMENTAL CHAPTER 13 FEES

I, Brad J. Sadek, Esquire, hereby certify as follows:

1. I represent the debtor, Candyce Myers, in this Chapter 13 Bankruptcy.

2. The service rendered for this fee application was the defense of the Certification of Default filed on behalf of Nationstar Mortgage.

3. The compensation requested is a flat fee of $400.00 for this service.

Date: October 9, 2025            /s/ Brad J. Sadek
                                 Brad J. Sadek, Esquire