Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 23-12527 / MEH**

Candyce A Myers

Petition Filed Date: 03/28/2023
341 Hearing Date: 05/04/2023
Confirmation Date: 09/06/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2025 | $440.00 | | 03/03/2025 | $440.00 | | 04/07/2025 | $450.00 | |
| 05/09/2025 | $440.00 | | 06/03/2025 | $440.00 | | 07/01/2025 | $440.00 | |
| 07/14/2025 | $440.00 | | 07/30/2025 | $1,135.00 | | 08/12/2025 | $440.00 | |
| 08/25/2025 | $1,135.00 | | 09/22/2025 | $440.00 | | 10/06/2025 | $1,379.66 | |
| 11/03/2025 | $440.00 | | 11/03/2025 | $1,140.00 | | 12/01/2025 | $440.00 | |
| 12/01/2025 | $1,140.00 | | 12/29/2025 | $440.00 | | 12/29/2025 | $1,167.85 | |
| 01/27/2026 | $440.00 | | 02/06/2026 | $1,200.00 | | | | |

**Total Receipts for the Period: $14,027.51 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $22,987.51**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Candyce A Myers | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,940.00 | $2,940.00 | $0.00 |
| 1 | COOPER CROSSINGS CONDO ASSOCIATION, IN(<br>»» CONDO FEES 850 S WARREN ST #A | Secured Creditors | $13,420.00 | $5,780.98 | $7,639.02 |
| 2 | US DEPT OF EDUCATION c/o NELNET | Unsecured Creditors | $53,897.99 | $0.00 | $53,897.99 |
| 3 | Verizon by American InfoSource as Agent | Unsecured Creditors | $100.26 | $0.00 | $100.26 |
| 4 | CITIBANK, N.A.<br>»» MY BEST BUY VISA PLATINUM | Unsecured Creditors | $2,606.33 | $0.00 | $2,606.33 |
| 5 | Nationstar Mortgage LLC<br>»» P/850 A SOUTH WARREN ST/1ST MTG/LOAN MOD ORDER 1/17/24 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | Nationstar Mortgage LLC<br>»» 850A SOUTH WARREN ST/PP ARREARS 8/1/23/LOAN MOD ORD 1/17/24 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | Nationstar Mortgage LLC<br>»» 850A SOUTH WARREN ST/ATTY FEES 8/1/23 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ORDER 11/9/23 | Attorney Fees | $700.00 | $700.00 | $0.00 |
| 8 | Nationstar Mortgage LLC<br>»» P/850 A SOUTH WARREN ST/REG. MTG. PMTS./ORDER 7/11/25 | Ongoing Mortgage | $0.00 | $6,950.34 | $0.00 |

**Chapter 13 Case No. 23-12527 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 9 | Nationstar Mortgage LLC<br>»» P/850 A SOUTH WARREN ST/POST-PET ARREARS ORDER 7/11/25 | Mortgage Arrears | $1,716.02 | $0.00 | $1,716.02 |
| 10 | Nationstar Mortgage LLC<br>»» P/850 A SOUTH WARREN ST/ATTY FEES ORDER 7/11/25 | Mortgage Arrears | $350.00 | $134.44 | $215.56 |
| 11 | Nationstar Mortgage LLC<br>»» P/850 A SOUTH WARREN ST/GAP PAYMENTS ORDER 7/11/25 | Mortgage Arrears | $2,297.86 | $2,297.86 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ORDER 10/17/25 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,987.51 | Plan Balance: | $40,601.49 ** |
| Paid to Claims: | $19,741.62 | Current Monthly Payment: | $1,591.00 |
| Paid to Trustee: | $1,727.25 | Arrearages: | $846.49 |
| Funds on Hand: | $1,518.64 | Total Plan Base: | $63,589.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**